IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RAY HAWKINS, JR.                                                                                          PLAINTIFF

v.                                          Case No. 6:24-cv-6105

OFFICER #1 JOHN DOE, *et al*.                                                            DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Judge Ford recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and pursuant to Local Rule 5.5(c)(2) for failing to obey orders of the Court. Plaintiff has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 6) *in toto*. Accordingly, Plaintiff's Complaint (ECF No. 1) hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 20th day of November, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge